**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION**<br><br>**Frank Smith**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Eli Lilly and Company; Lilly USA, LLC; Acrux Commercial Pty Ltd.; Acrux DDS Pty Ltd.**<br><br>**Defendants** | **MDL No. 2545**<br>**Master Docket**<br>**Case No. 1:14-cv-01748**<br>**Honorable Matthew F. Kennelly**<br><br>**Civil Action No: 1:16-cv-10854** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiff, Frank Smith, and his counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendants Eli Lilly and Company; Lilly USA, LLC; Acrux Commercial Pty Ltd.; Acrux DDS Pty Ltd. The Defendants have not answered Plaintiff's Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, dismissal is permitted by F.R.C.P. 41(a)(1)(A)(i).

Dated: December 5, 2016

**THE COCHRAN FIRM-DOTHAN, PC**
By: /s/ Angela J. Mason
Angela J. Mason, ID# 8428S80A
111 E. Main St.
Dothan, AL 36301
Phone: (334)673-1555
Fax: (334)699-7229
Email: AngelaMason@CochranFirm.com

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I, hereby certify that on this 5th day of December, 2016, the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to the counsel of record in this cause.

/s/ Angela J. Mason